IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | |
| ) No. 21-cr-10339-IT | |
| MIKE OZIEGBE AMIEGBE ) | |
| ) | |
| Defendant              ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

Between 2017 and 2020, Mr. Amiegbe participated in a scheme to obtain money from fraud. Mr. Amiegbe's role in the scheme was to open bank accounts using fake passports and receive fraud proceeds into those accounts. Mr. Amiegbe then transferred the fraud proceeds to his co-conspirators while keeping a portion of the proceeds for himself. This scheme targeted over twenty victims who collectively lost nearly $830,000. Additional details of this scheme are available to the Court in U.S. Probation's Pretrial Investigation Report ("PSR"), and those details are not disputed by Mr. Amiegbe.

Mr. Amiegbe's crime was serious and caused significant harm. He and his co-conspirators capitalized on lonely, often elderly, individuals' desire to find companions, using promises of love to persuade victims to wire large sums of money. Mr. Amiegbe's motive was purely personal gain and he understood that his gain in this scheme represented another's loss. He did not act out of coercion, duress, or desperation, and his participation was not the result of a momentary lapse in judgment or weakness of will. Rather, he demonstrated a prolonged willingness to engage in an exploitation of victims for the sake of personal profit.

The government and defense agreed that Amiegbe's total offense level is 22 in their plea agreement. The resulting Guidelines sentencing range is between 41 and 51 months. The government and defense also agree that the Court should impose restitution and forfeiture orders

in the amount of victim loss ($828,325.79).  U.S. Probation in the PSR agrees to these calculations with one exception: the PSR includes an additional two-point enhancement because there were more than ten victims.  PSR p. 15.  Consistent with the plea agreement, the government does not request that the Court apply that enhancement and, for the reasons provided to the Court in its filing under seal, requests a sentence below the Guidelines Sentencing Range.  Specifically, the government recommends a sentence of 9 imprisonment, 36 months of supervised release, $828,325.79 in separate orders of restitution and forfeiture.

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By:    */s/ Christopher J. Markham*
        CHRISTOPHER J. MARKHAM
        KRISTEN A. KEARNEY

Dated: August 16, 2023        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Christopher J. Markham, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
Assistant U.S. Attorney