UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES                                                        NO. 21-cr-10339-IT

V.

MIKE OZIEGBE AMIEGBE

ASSENTED TO MOTION TO AMEND THE AMENDED JUDGMNET AND ALLOW THE DEFENDANT TO REPORT TO THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS – FCI ALLENWOOD

      Now comes the defendant and respectfully requests that the Amended Judgement be amended so that the defendant is allowed to surrender for service of sentence at the institution designated by the Bureau of Prisons. As it now reads, the Amended Judgment states that the defendant shall surrender to the custody of the US Marshal for this district. As of the time of the filing of instant motion the defendant has been informed that he has been designated to FCI – Allenwood, White Deer, PA.

      The parties have conferred and AUSA Chris Markham assents to this motion.

LR7.1(a) Memorandum Statement

A memorandum is not necessary for the proper disposition of this motion.

LR7.1.(c) Statement of Concurrence

      I certify that I have made a good faith effort to secure the concurrence of opposing counsel. I am advising the Court that AUSA Markham assents to this motion.

Respectfully submitted,

For the defendant,

Mike Oziegbe Amiegbe,

/S/Neil F. Faigel\_\_\_\_

Neil F. Faigel

BBO NO. 551688

10 Main Street, Suite L-2

Andover, MA 01810

(978) 681 – 9600

attyfaigel@comcast.net

Date: September 5. 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document file through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non – registered participant on September 5, 2023.

/S/ Neil F. Faigel

_____